# Court of Appeals
# of the State of Georgia

ATLANTA,  November 08, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0100. ROBERT THRASHER v. THE STATE.**

Robert Thrasher has filed an application for discretionary appeal, seeking review of a trial court order that dismissed his petition for a writ of mandamus and his motion for summary judgment.[1] The trial court entered its order on August 23, 2022, and Thrasher filed this application on October 18, 2022. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). Compliance with the time requirements of OCGA § 5-6-35 is jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Thrasher's application, filed 56 days after entry of the order he seeks to appeal, is untimely. Accordingly, this application is hereby DISMISSED.

---

[1] In a prior direct appeal, this Court affirmed Thrasher's convictions. *Thrasher v. State*, 261 Ga. App. 650 (583 SE2d 504) (2003).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __11/08/2022__

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*